IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HAROLD GOODLOW                                              Plaintiff

5:05CV00086 GH

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                    Defendant

ORDER

     The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

     IT IS SO ORDERED this 9th day of February, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE